**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 123**

| In the Matter of | Case Number: |
|---|---|
| Corey Gribben v. City of Summit, Officer Flinchum and Office Maze | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Corey Gribben

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE KEYS**

| NAME (Type or print) |
|---|
| Carol Billie Oshana |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Carol Billie Oshana |

| FIRM |
|---|
| Basile Law Firm |

| STREET ADDRESS 180 N. LaSalle, Suite 1450 |
|---|

| CITY/STATE/ZIP  Chicago, IL 60601 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER 312-795-0295 |
|---|---|
| 6243613 | |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |