IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **COREY GRIBBEN,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.   08 CV 00123 |
| | ) | |
| **CITY OF SUMMIT, OFFICER FLINCHUM** | ) | Judge S. Der-Yeghiayan |
| **AND OFFICER MAZE,** | ) | |
| **Defendant(s).** | ) | |

## JOINT JURISDICTIONAL STATUS REPORT

NOW COMES the Plaintiff, COREY GRIBBEN, by and through his attorneys, Basile Law Firm, and Defendants, by and through their attorneys, Dowd and Dowd, Ltd. and in compliance with the Court's order, states as follows:

### I. SUBJECT MATTER JURISDICTION

The jurisdiction of this Court is invoked by pursuant to the Civil Rights Act, 42 U.S.C., Sections 1983 and 1985; the judicial code 28 U.S.C., Sections 1331 and 1343 (a); the Constitution of the United States; and pendent jurisdiction as provided under U.S.C., Sect. 1367 (a).

### II.  VENUE (PLAINTIFF'S POSITION)

Parties in this matter agree to venue.  Venue is appropriate in this District and Division because this is s civil action seeking damages against defendants, a municipality located in the town of Summit, County of Cook, State of Illinois on the date of the incident of January 6, 2007 and present, and its employee officers, also residents of Cook County, State of Illinois on that date and present, for committing acts on or about January 6, 2007 in the town of Summit, County of Cook, State of Illinois, under color of law, and depriving plaintiff, a citizen of the town of LaGrange, County of Cook, State of Illinois at that time and at present, of rights secured by the Constitution and laws of the United

States by causing severe and unjustified bodily injury to plaintiff after plaintiff was involved in an automobile accident.

                Respectfully submitted,

                /s/ Mark G. Basile

                Mark G. Basile
                Attorney for Plaintiff(s)


                and

                /s/ Patrick J. Ruberry
                Attorney for Defendant(s)

Basile Law Firm
180 N. LaSalle St., Ste. 1450
Chicago, Illinois  60601
(312) 795-0295


DOWD & DOWD, LTD.
617 West Fulton Street
Chicago, Illinois 60661
(312) 704-4400