IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COREY GRIBBEN, | ) | |
|         **Plaintiff,** | ) | |
| v. | ) | No.  08 CV 00123 |
| | ) | |
| CITY OF SUMMIT, OFFICER FLINCHUM AND OFFICER MAZE, | ) | Judge S. Der-Yeghiayan |
|         **Defendant(s).** | ) | |

**TO:**   Dowd and Dowd, Ltd.
        Attn:  Patrick J. Ruberry
        617 W. Fulton Steet
        Chicago, IL 60661

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the **29th** day of **February, 2008** plaintiff has filed his **Initial Status Report and Joint Jurisdictional Status Report** electronically and before the Honorable Judge Samuel Der-Yeghiayan, Room 1988, Dirksen Federal Building, 219 S. Dearborn, Chicago, IL.

                      /s/ Mark G. Basile
                      MARK G. BASILE
                      Attorney for Plaintiff

BASILE LAW FIRM
180 N. LaSalle St., Ste. 1450
Chicago, Illinois  60601
(312) 795-0295
Attorney Code: 38255

## CERTIFICATE OF SERVICE

The undersigned, an attorney, being first duly deposes and states that the above was served by hand delivering a true and correct copy thereof to the person(s) named hereinabove on the 29th day of February 2008, before the hour of 4:00 p.m.

                      /s/ Mark G. Basile