UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Corey Gribben
                        Plaintiff,

v.                                              Case No.: 1:08–cv–00123
                                                 Honorable Samuel Der–Yeghiayan

City of Summit, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge Samuel Der–Yeghiayan : Status hearing held and continued to 04/29/08 at 9:00 a.m. No one appeared on behalf of the Defendants on the Court's noticed status hearing. Counsel for Plaintiffs is directed to perfect service on Defendants pursuant to FRCP 4 and file with the Clerk of Court the appropriate returns of service and/or waivers of service. Plaintiff is warned that failure to properly serve Defendants pursuant to FRCP 4 may result in a dismissal of the action. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.