**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Corey Gribben
                              Plaintiff,

v.                                                 Case No.: 1:08–cv–00123
                                                Honorable Samuel Der–Yeghiayan

City of Summit, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

      MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Status hearing held and continued to 05/15/08 at 9:00 a.m. No one appeared on behalf of the defendants on the Court's noticed status hearing. As stated on the record, Plaintiffs are given leave to amend the complaint to correct the name of the defendant City of Summit to Village of Summit. The parties are hereby warned that failure to appear on a Court's noticed status hearing may result in a default or dismissal for want of prosecution. Mailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.