IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY GRIBBEN, | ) |
|            **Plaintiff,** | ) |
| v. | )    No.   08 CV 00123 |
| | ) |
| CITY OF SUMMIT, OFFICER FLINCHUM | )    Judge S. Der-Yeghiayan |
| AND OFFICER MAZE, | ) |
|            **Defendant(s).** | ) |

**TO:**    Litchfield Cavo, LLP
         Attn: Jeannine Gilleran
         303 W. Madison St., Ste. 300
         Chicago, IL 60606

## NOTICE OF FILING

PLEASE TAKE NOTICE that on the **5th** day of **May, 2008** Plaintiff has filed his **First Amended Complaint** electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division.


                                        /s/ Mark G. Basile
                                          MARK G. BASILE
                                        Attorney for Plaintiff

BASILE LAW FIRM
180 N. LaSalle St., Ste. 1450
Chicago, Illinois 60601
(312) 795-0295
Attorney Code: 38255

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, being first duly deposes and states that the above was served by hand delivering a true and correct copy thereof to the person(s) named hereinabove on the 5th day of May 2008, before the hour of 4:00 p.m.


                                        /s/ Mark G. Basile