IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COREY GRIBBEN, | ) | |
|       **Plaintiff,** | ) | |
| v. | ) | No.   08 CV 00123 |
| | ) | |
| CITY OF SUMMIT, OFFICER FLINCHUM | ) | Judge S. Der-Yeghiayan |
| AND OFFICER MAZE, | ) | |
|       **Defendant(s).** | ) | |

TO:   Litchfield Cavo, LLP
      303 West Madison, Suite 300
      Chicago, IL 60606

## NOTICE OF FILING

    PLEASE TAKE NOTICE that on the **14th** day of **May, 2008** plaintiff has filed his **Initial Status Report** electronically and before the Honorable Judge Samuel Der-Yeghiayan, Room 1988, Dirksen Federal Building, 219 S. Dearborn, Chicago, IL.


                              /s/ Mark G. Basile
                              MARK G. BASILE
                              Attorney for Plaintiff

BASILE LAW FIRM
180 N. LaSalle St., Ste. 1450
Chicago, Illinois  60601
(312) 795-0295
Attorney Code: 38255

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, being first duly deposes and states that the above was served by hand delivering a true and correct copy thereof to the person(s) named hereinabove on the 14th day of May 2008, before the hour of 4:00 p.m.


                              /s/ Mark G. Basile