UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Corey Gribben
                          Plaintiff,

v.                                               Case No.: 1:08−cv−00123
                                              Honorable Samuel Der−Yeghiayan

Village of Summit, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

    MINUTE entry before Judge Honorable Samuel Der−Yeghiayan: Status hearing held on 05/15/08. As stated on the record, Defendants are given until 05/29/08 to file their responsive pleading to Plaintiffs' amended complaint. Counsel for the parties advised the Court that the parties have agreed to consent to proceed before the designated Magistrate Judge. Therefore, the Court will recommend to the Executive Committee that the instant action be reassigned to the Designated Magistrate Judge. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.