# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 123 | **DATE** | 6/20/2008 |
| **CASE TITLE** | Gribben et al v. City of Summit et al | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 7/18/08 at 9:00 a.m. Counsel for Plaintiff only appeared. Counsel for Defendant appeared after the case was called. All parties to be present at the next status call. *AK*

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | AC |
|---|---|---|