**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Corey Gribben
          Plaintiff,

v.                   Case No.: 1:08−cv−00123
                    Honorable Arlander Keys

Village of Summit, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 18, 2008:

  MINUTE entry before the Honorable Arlander Keys:Status hearing held; continued to 9/22/08 at 9:00 a.m. Plaintiff to make its 26(a)(1) disclosures by 8/1/08 as discussed on the record. Fact discovery to be completed by 10/15/08. Plaintiff to disclose its expert witnesses by 12/15/08. Defendants to depose Plaintiffs experts, if any, by 2/15/09. Defendant to disclose its expert witnesses, if any, by 4/15/09. Plaintiff to depose Defendantss experts, if any, by 6/15/09. Dispositive motions to be filed by 8/14/09. Final pretrial order to be filed by 9/15/09. (ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.